## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>FOURTEEN (14) PIT BULL-TYPE DOGS SEIZED IN MONROE, MAINE,<br>Defendants *inRem* | No. 1:24-cv-183-JAW |

### WARRANT OF ARREST-IN-REM

**TO: THE UNITED STATES MARSHAL OF THE DISTRICT OF MAINE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER**

On May 20, 2024, the United States of America filed a verified complaint of forfeiture in the United States District Court for the District of Maine, against Fourteen (14) Pit Bull-Type Dogs Seized in Monroe, Maine (the "Defendants *in rem*"), alleging that the Defendants *in rem* are subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint;

The Defendants *in rem* are currently in the possession, custody or control of the United States;

In these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant-in-rem for the Defendants *in rem*;

Supplemental Rule G(3)(c)(i) provides that the warrant of arrest-in-rem must be delivered to a person or organization authorized to execute it who may be a Marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the Court for that purpose.

NOW THEREFORE, YOU ARE HEREBY COMMANDED to arrest the Defendants *in rem*, as soon as practicable, by serving a copy of this warrant on the custodian in whose possession, custody, or control the Defendants *in rem* are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and manner employed.

Dated at Portland, Maine this 20th day of May, 2024.

CHRISTA K. BERRY, Clerk

By: _____
    Deputy Clerk

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By: _____
    Deputy Clerk