UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>FOURTEEN (14) PIT BULL-TYPE DOGS<br>SEIZED IN MONROE, MAINE,<br>Defendants *in Rem* | No. 1:24-cv-00183-JAW |

### ACCEPTANCE OF SERVICE

I, Lauren Thomas, Attorney for John Murphy, hereby acknowledge receipt of the Notice of Forfeiture and the Verified Amended Complaint for Forfeiture *in Rem*, on behalf of my client, John Murphy, in the above-entitled case with regard to the above-captioned civil forfeiture action.

Date: 6/17/24

_____
Lauren Thomas
Attorney for John Murphy

JUN 20 AM 11:21
RECV'D PORTLAND USAO