## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FOURTEEN (14) PIT BULL-TYPE DOGS SEIZED IN MONROE, MAINE,<br><br>DEFENDANTS-IN-REM | No. 1:24-cv-00183-JAW |

### REQUEST TO ENTER DEFAULT

To:   Clerk, United States District Court
      Portland, Maine

Plaintiff, United States of America, hereby requests the entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against the defendants-in-rem and all persons claiming an interest in the defendants-in-rem for failure to file a timely claim or answer or to otherwise defend this action after notice was provided pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. An affidavit in support of this request is attached hereto.

Dated: July 29, 2024

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

BY:   */s/ Nicholas Heimbach*
      Nicholas Heimbach
      Assistant United States Attorney
      United States Attorney's Office
      100 Middle Street, East Tower, 6th Floor
      Portland, Maine 04101
      (207) 780-3257
      Nicholas.heimbach@usdoj.gov

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2024, I caused the electronic filing of the foregoing Request to Enter Default with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the individuals and entities who have entered appearances in this case.

                                      DARCIE N. MCELWEE
                                      United States Attorney

BY:    */s/ Nicholas Heimbach*
           Nicholas Heimbach
           Assistant United States Attorney
           United States Attorney's Office
           100 Middle Street, East Tower, 6th Floor
           Portland, Maine 04101
           (207) 780-3257
           Nicholas.heimbach@usdoj.gov