UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FOURTEEN (14) PIT BULL-TYPE DOGS SEIZED IN MONROE, MAINE,<br><br>DEFENDANTS-IN-REM | No. 1:24-cv-00183-JAW |

**DECREE OF FORFEITURE**

On May 20, 2024, a Verified Complaint for Forfeiture ("Complaint") against the defendants-in-rem was filed on behalf of the plaintiff United States of America pursuant to the provisions of Title 7, United States Code, Section 2156(e). This Court issued a Warrant of Arrest-in-Rem on that same date.

On May 30, 2024, a Verified Amended Complaint for Forfeiture ("Amended Complaint") was filed on behalf of the plaintiff United States of America.

The United States identified three individuals who reasonably appeared to be potential claimants. Those individuals are David Frazer, John Murphy, and Corey Elliott.

On May 30, 2024, potential claimant David Frazer was served in-hand with a copy of the Complaint, the Amended Complaint, the Warrant of Arrest-in-Rem, and Notice of Forfeiture dated May 30, 2024.

On June 10, 2024, potential claimant John Murphy was served by certified mail through his attorney, Lauren Thomas, Esq., with a copy of the Complaint, the Amended Complaint, the Warrant of Arrest-in-Rem, and Notice of Forfeiture dated June 10, 2024.

The defendants-in-rem were arrested pursuant to the Warrant of Arrest-in-Rem on June 11, 2024.

On June 13, 2024, potential claimant Corey Elliott was served in-hand with a copy of

1

the Complaint, the Amended Complaint, the Warrant of Arrest-in-Rem, and Notice of Forfeiture dated June 13, 2024.

Between May 22, 2024, and June 20, 2024, notice of this action was duly published on the official government website www.forfeiture.gov for thirty (30) consecutive days.

It appears that process was fully issued in this action and returned according to law.

On July 29, 2024, defendants-in-rem and all persons claiming an interest in the defendants-in-rem were defaulted.

It appears from the record that no claims, contested or otherwise, have been filed against the defendants-in-rem and the time to do so has expired.

NOW THEREFORE, on motion of the plaintiff United States of America for a default judgment and entry of a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the defendants-in-rem are **FORFEITED** to the United States of America and no right, title, or interest shall exist in any other person or entity.

**IT IS FURTHER ORDERED** that the defendants-in-rem shall be disposed of according to law.

                                                             **SO ORDERED,**

DATED: August 6, 2024                              /s/ John A. Woodcock, Jr.
                                                              U.S. District Court Judge